## IN THE COURT OF APPEALS OF IOWA

No. 18-2023
Filed August 7, 2019

IN RE THE MARRIAGE OF TINA BERNAL
AND DAVID BERNAL

Upon the Petition of
**TINA BERNAL, n/k/a TINA STAPLES,**
        Petitioner-Appellant,

**And Concerning**
**DAVID BERNAL,**
        Respondent-Appellee.

_____

        Appeal from the Iowa District Court for Madison County, Martha L. Mertz,

Judge.

        Tina Staples appeals from the district court's ruling on contempt claims,

temporary support, and alimony. **AFFIRMED.**

        Tina Judith Staples, Marion, pro se appellant.

        David Bernal, Winterset, pro se appellee.

        Considered by Tabor, P.J., and Mullins and May, JJ.

**MAY, Judge.**

We affirm without opinion.  Iowa R. App. P. 6.1203(a), (d).

**AFFIRMED.**